IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD L. CAMPBELL, <br><br> Plaintiff, <br><br> vs. <br><br> SHELLY HEPBURN, individually Director of Our Homes Assisted Living; <br><br> Defendant. | 4:18CV3065 <br><br> **MEMORANDUM AND ORDER** |

On September 27, 2018, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 6](#).) Additionally, on October 18, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 10](#).) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document

Dated this 30th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge